UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-HC-2195-FL-JG |
| | ) | |
| AURELIO ALMEDA, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds that the United States has failed to prove by clear and convincing evidence that, as a result of Respondent Almeda's serious mental illness, abnormality, or disorder, he would have serious difficulty in refraining from sexually violent conduct or child molestation if released. Thus, judgment is entered in favor of the respondent, Aurelio Almeda, Jr., and against the petitioner, the United States. This action is hereby dismissed. The United States is ordered to release the respondent from the custody of the Bureau of Prisons upon eligibility for release.

**This Judgment Filed and Entered on August 31, 2012, with service on:**

W. Ellis Boyle, G. Norman Acker, III, Seth Morgan Wood, R.A. Renfer, Jr., and Lawrence W. Brenner (via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

|  |  |
|---|---|
| August 31, 2012 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |